UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRANDON RILES,

   Plaintiff,

  v.

CYBRID.XYZ, INC., et al.,

   Defendants.

Case No.  25-cv-09119-AGT

**ORDER TO SHOW CAUSE**

Brandon Riles is proceeding in forma pauperis. *See* dkt. 6. The U.S. Marshal Service attempted to serve the defendants in this case, but service was unsuccessful. Dkts. 14 & 16. The Court ordered Riles to provide updated addresses for defendants by March 2, 2026. Dkt. 17. Riles hasn't provided the Court with updated addresses, and the deadline by which to do so has now passed.

By **April 10, 2026**, the undersigned now orders Riles to show cause why the undersigned should not (i) request that the Clerk of the Court reassign Riles's case to a district judge and (ii) recommend that the district judge dismiss Riles's complaint with prejudice for failure to prosecute and to comply with a court order. *See* Fed. R. Civ. P. 41(b).

If Riles fails to file a response to this Order to Show Cause by **April 10, 2026**, the

undersigned will recommend dismissal of Riles's claims for failure to prosecute without further notice.

**IT IS SO ORDERED.**

Dated: March 18, 2026

_____
Alex G. Tse
United States Magistrate Judge